**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

TALMER BANCORP, INC., et al.,

Defendants.

Case No. 1:16-cv-12229-TLL-PTM

Honorable Thomas L. Ludington

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, on June 16, 2016, Plaintiff City of Livonia Employees' Retirement System ("Livonia" or "Plaintiff") filed the above-captioned matter ("Federal Court Action");

WHEREAS, on September 14, 2016, this Court appointed Livonia as lead plaintiff and Livonia's counsel as lead counsel in the Federal Court Action;

WHEREAS, Plaintiff pursed separate but related actions in Michigan State Court pending before the Honorable Wendy Potts, captioned *In re Talmer Bancorp Shareholder Litig.*, Case Nos. 16-151641, 16-151642, and *Nicholl v. Torgow*, Case No. 17-160058-CB ("State Court Actions");

WHEREAS, Defendants filed motions for summary disposition in the State Court Actions, and on October 18, 2016, this Court entered an order staying this Federal Court Action pending resolution of Defendants' motions for summary disposition in the State Court Actions;

WHEREAS, Judge Potts granted Defendants' motions for summary disposition in May 2018, and Plaintiff appealed Judge Potts' rulings to the Michigan Court of Appeals;

WHEREAS, this Court entered an order on June 29, 2018 lifting the stay in this Federal Court Action, and Plaintiff filed an amended complaint on July 27, 2018;

WHEREAS, Defendants filed a motion to dismiss the amended complaint on August 24, 2018 ("Motion to Dismiss"); Plaintiffs filed an opposition to the Motion to Dismiss on September 21, 2018; and Defendants filed a reply in support of their Motion to Dismiss on October 12, 2018;

WHEREAS, this Court entered an order on November 8, 2018 finding that Plaintiff was collaterally estopped from pursuing this Federal Court Action because the issues raised in this action were previously raised by Plaintiff in the State Court Actions and decided by Judge Potts when ruling on Defendants' motions for summary disposition, and accordingly, this Court entered an order (i) holding in abeyance an order on Defendants' motion to dismiss and staying this Federal Court Action until the Michigan Court of Appeals addressed the pending appeals in the State Court Actions, and (ii) requiring the parties to submit a scheduling order or closing documents, as appropriate, within thirty days after the rulings on the appeal before the Michigan Court of Appeals;

WHEREAS, on October 17, 2019, the Michigan Court of Appeals affirmed Judge Potts' dismissal of the State Court Actions;

WHEREAS, in a letter dated November 13, 2019, Defendants notified this Court of the Michigan Court of Appeals' decision, and informed the Court that Plaintiff had until December 2, 2019 to file an application for appeal to the Michigan Supreme Court;

WHEREAS, in a letter dated December 6, 2019, Defendants notified this Court that the time to file an application for appeal to the Michigan Supreme Court had expired, and Defendants therefore requested that this Court enter an order lifting the stay and granting

Defendants' Motion to Dismiss with prejudice, consistent with the findings of this Court's November 8, 2018 Order;

WHEREAS, the parties agree that this Federal Court Action should be dismissed;

NOW THEREFORE, it is hereby stipulated and agreed by the parties to this action, by and through their undersigned counsel, that the Court should enter an order lifting the stay and granting Defendants' Motion to Dismiss and dismissing this action with prejudice, consistent with this Court's rulings and findings in its November 8, 2018 Order, with each party bearing its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: December 18, 2019

Respectfully Submitted,

**ROBBINS GELLER RUDMAN & DOWD LLP**

/s/ Marc L. Newman

David T. Wissbroecker
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058
Fax: 619-231-7423

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (P39487)
Marc L. Newman (P51393)
950 West University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
Fax: 248-652-2852

**VANOVERBEKE MICHAUD & TIMMONY, P.C.**
Thomas C. Michaud (P46787)

79 Alfred Street
Detroit, MI 48201
Tel: 313-578-1200
Fax: 313-578-1201

*Counsel for Plaintiff*

**DECHERT LLP**

_/s/ Joni S. Jacobsen__________________
David H. Kistenbroker
Joni S. Jacobsen
Melanie MacKay
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Tel: 312-646-5800
Fax: 312-587-5858

**WARNER NORCROSS & JUDD LLP**

_/s/ Michael G. Brady_______________________
Michael G. Brady
2000 Town Center, Suite 2700
Southfield, Michigan 48075-1318
Tel: 248-784-5032

*Attorneys for Defendants Chemical Financial Corporation, Talmer Bancorp, Inc., and the Directors*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated

Plaintiff,

v

Case No. 16-12229
Honorable Thomas L. Ludington

TALMER BANCORP, INC., et al.,

Defendants.

_______________________________________/

**ORDER LIFTING STAY, DISMISSING AMENDED COMPLAINT, AND DENYING MOTION TO DISMISS AS MOOT**

Pursuant to the above stipulation and the Court's prior order, ECF No. 53,

It is **ORDERED** that the stay of this action, ECF No. 53, is **LIFTED**.

It is further **ORDERED** that Plaintiff's amended complaint, ECF No. 46, is **DISMISSED** with prejudice.

It is further **ORDERED** that Defendants' motion to dismiss, ECF No. 47, is **DENIED** as moot.

Dated: December 20, 2019

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge